

Scott Green | Partner
Direct 516.218.9859 | sgreen@goldbergsegalla.com

May 10, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2023

VIA ELECTRONIC FILING

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    Ivan Kovalev and Mintiwab Hill v. A. G. Consulting Engineering, P.C.
              Case No.: 22-cv-05954-MKV

Dear Honorable Judge Vyskocil:

      This law firm represents Defendant A. G. Consulting Engineering, P.C. in the above referenced matter. In accordance with your Order, dated April 20, 2023, ECF No. 32, the parties are required to submit a joint letter to the Court, explaining why the proposed settlement reflects a fair a reasonable compromise of disputed issues, by May 11, 2023. Defendant respectfully requests that the deadline to submit this joint letter be extended one week, from May 11, 2023 to May 18, 2023. Additional time is needed to review the joint letter that Plaintiff recently drafted. This is the first request to extend this deadline.  Such request will not affect any other deadlines. Plaintiff consents to this request.

      Thank you for the Court's consideration in this matter. Should you have any questions or concerns, please do not hesitate to contact the undersigned.

                              Respectfully submitted,

                              *Scott R. Green*
                              Scott Green, Esq.

VIA ECF: All Counsel

**Granted. SO ORDERED.**

Date: May 11, 2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

**Please send mail to our scanning center at: PO Box 880, Buffalo, NY 14201**

**Office Location:** 711 3rd Avenue, Suite 1900, New York, NY 10017 | 646.292.8700 | Fax: 646.292.8701 | **www.goldbergsegalla.com**