

Scott Green | Partner
Direct 516.218.9859 | sgreen@goldbergsegalla.com

May 18, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/23/2023
```

VIA ELECTRONIC FILING

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   Ivan Kovalev and Mintiwab Hill v. A. G. Consulting Engineering, P.C.
      Case No.: 22-cv-05954-MKV

Dear Honorable Judge Vyskocil:

This law firm represents Defendant A. G. Consulting Engineering, P.C. in the above referenced matter. In accordance with your Order dated April 20, 2023, ECF No. 32, the parties are required to submit a joint letter to the Court, explaining why the proposed settlement reflects a fair a reasonable compromise of disputed issues. The deadline to submit the joint letter is May 18, 2023.

Defendant respectfully requests that the deadline to submit the joint letter be extended one week, from May 18, 2023 to May 25, 2023. Additional time is needed to finalize the review the joint letter that Plaintiff drafted. This is the second request to extend this deadline. Such request will not affect any other deadlines. Plaintiff does not oppose this request.

Thank you for the Court's consideration in this matter. Should you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,

*Scott R. Green*
Scott Green, Esq.

VIA ECF: All Counsel

**Granted. SO ORDERED.** No further extensions.

Date: May 23, 2023                *Mary Kay Vyskocil*
New York, New York                Mary Kay Vyskocil
                                  United States District Judge

**Please send mail to our scanning center at: PO Box 880, Buffalo, NY 14201**

**Office Location:** 711 3rd Avenue, Suite 1900, New York, NY 10017 | 646.292.8700 | Fax: 646.292.8701 | **www.goldbergsegalla.com**