```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVAN KOVALEV and MINTIWAB HILL, *on behalf of themselves and all others similarly situated*,

          Plaintiffs,

-against-

A.G. CONSULTING ENGINEERING, P.C.,

          Defendant.

22-cv-5954 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court held a conference with the parties on December 7, 2023. As discussed at that conference, the pending motion for settlement is DENIED without prejudice as procedurally improper. Plaintiffs may file a renewed motion for conditional certification on or before December 21, 2023. Defendant's opposition, or a letter stating that Defendant does not oppose Plaintiffs' motion, must be filed on or before January 11, 2024.

On or before December 21, 2023, Plaintiffs should also file a letter on the docket advising the Court whether they still intend to seek preliminary approval of a class and/or collective action. If so, the Court will set a briefing schedule at that time.

The Clerk of Court is respectfully requested to terminate ECF No. 44.

**SO ORDERED.**

Date: December 7, 2023
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**