UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVAN KOVALEV and MINTIWAB HILL, *on behalf of themselves and all others similarly situated*,

                         Plaintiffs,

                         -against-

A.G. CONSULTING ENGINEERING, P.C.,

                         Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2024

22-cv-5954 (MKV)

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

    IT IS HEREBY ORDERED that any certification motion is due on December 16, 2024. No extensions of this deadline will be granted, and any motion filed thereafter will be denied as untimely. IT IS FURTHER ORDERED that the parties shall file a joint status letter no later than December 23, 2024.

**SO ORDERED.**

**Date: December 2, 2024**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**