## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IVAN KOVALEV and MINTIWAB HILL**, on Behalf of Themselves and All Others Similarly-Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> **A.G. CONSULTING ENGINEERING, P.C.** <br> Defendant. | PROPOSED COLLECTIVE ACTION UNDER FLSA AND CLASS ACTION UNDER NEW YORK LABOR LAW <br><br> No.    1:22-cv-05954-MKV <br><br> COLLECTIVE AND CLASS ACTION <br><br> JURY TRIAL DEMANDED |

### PLAINTIFFS' NOTICE OF MOTION
### RENEWED UNOPPOSED MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT AND
### PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
### <u>AUTHORIZE CLASS NOTICE, AND SCHEDULE A FINAL APPROVAL HEARING</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on _____, 2025, or as soon thereafter as counsel may be heard, in the United States Courthouse for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, Courtroom 18C, Plaintiffs will move To Preliminarily Approve The Settlement Agreement, Certify The Settlement Class, and Authorize Class Notice to other similarly situated individuals and to appoint Edelson Lechtzin LLP and Capozzi Adler, P.C.as Class Counsel.

PLEASE TAKE FURTHER NOTICE, that Plaintiffs shall rely upon the attached Memorandum in support of their Motion.

This Motion To Preliminarily Approve The Settlement Agreement, Certify The Settlement Class, and Authorize Class Notice is based on this Notice of Motion and Motion, attached Memorandum of Law, supporting declarations and exhibits attached to Plaintiffs' Memorandum,

and upon such further evidence, pleadings, and argument of counsel as may be presented in connection with the motion.

Dated: December 3, 2024

Respectfully submitted,

EDELSON LECHTZIN LLP

Marc H. Edelson, Esq.
Eric Lechtzin
411 S. State Street
Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
medelson@edelson-law.com
elechtzin@edelson-law.com

CAPOZZI ADLER, P.C.
By: _/s/ *James A. Wells* _____
James A. Wells, Esq.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (717) 585-7823
jayw@capozziadler.com

*Attorneys for the Plaintiffs and the Proposed FLSA Collective and NYLL Classes*